JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 07922
(908)795-5200
ATTORNEYS FOR DEFENDANTS,
RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY
and BARRY LEVIN, M.D.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JENNIFER MICHAELS, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> RUTGERS UNIVERSITY NEW JERSEY MEDICAL SCHOOL and BARRY LEVIN, M.D., individually, <br><br> Defendants. | Civil Action No.: 2:15-cv-07603-JXN-CLW <br><br> **NOTICE OF MOTION TO ENFORCE SETTLEMENT** <br><br> **Return Date: April 1, 2024** <br><br> **Oral Argument Requested** |

TO:   Neil Cartusciello, Esq.
        Cartusciello & Kozachek LLC
        101 Farnsworth Avenue
        Bordentown, New Jersey, 08505
        ncartusciello@cklawllc.com
        Attorneys for Plaintiff

**PLEASE TAKE NOTICE** that on Monday, April 1, 2024, at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendants, Rutgers, The State University of New Jersey and Barry Levin, M.D. ("Defendants"), will move before the United States District Court for the District of New Jersey, for an Order to enforce the settlement reached by the Parties and to have Plaintiff execute the Agreement provided by counsel for Defendants with Confidentiality and No-Rehire provisions attached as Exhibit F to the Certification of John K. Bennett.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants will rely upon their Memorandum of Law, Certification of John K. Bennett, Esq. and exhibits, and Proposed Form of Order appended thereto.

**PLEASE TAKE FURTHER NOTICE** that Defendants request oral argument if this motion is opposed.

JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 07922
(908) 795-5200

By:  s/ John K. Bennett
John K. Bennett
Robyn L. Aversa

Dated: February 29, 2024
4890-0408-9769, v. 1