## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER MICHAELS, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>RUTGERS UNIVERSITY NEW JERSEY MEDICAL SCHOOL and BARRY LEVIN, M.D.,<br><br>Defendants. | Civil Action No.: 15-07603 (JXN) (CLW)<br><br>**ORDER** |

**NEALS**, District Judge

    **THIS MATTER** comes before the Court on Defendants Rutgers, the State University of New Jersey ("Rutgers"), and Barry E. Levin, M.D.'s ("Dr. Levin") (collectively "Defendants") motion to enforce settlement. (ECF No. 244.) Plaintiff Jennifer Michaels, M.D. ("Dr. Michaels" or "Plaintiff") opposed the motion (ECF No. 246), and Defendants replied in further support (ECF No. 247). The Court has carefully considered the parties' submissions and heard oral argument on May 14, 2024. For the reasons stated in the accompanying Opinion,

    **IT IS** on this 23rd day of December 2024,

    **ORDERED** that Defendants' motion to enforce settlement reached by the parties on November 21, 2023, and memorialized in the Binding Settlement Term Sheet (ECF No. 244) is hereby **GRANTED in part**; and it is further

    **ORDERED** that within forty-five (45) days of the date of this Order: (a) Plaintiff shall execute the Revised Proposed Agreement submitted under seal as Exhibit 5 to the Cartusciello Certification; or, in the alternative, (b) the parties shall meet, confer, and provide the Court with a final settlement Agreement containing the parties' negotiated terms for the Confidentiality and No

rehire provisions. Should the Court receive neither (a) nor (b) within the time proscribed above, the Court shall enter an Order establishing Exhibit 5 as the terms of settlement.

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge