# Exhibit 2

to February 6, 2025 Letter to the Honorable Julien X. Neals, U.S.D.J.
*Jennifer Michaels, M.D. v. Rutgers, the State University of New Jersey, et al.*
Civil Action No.: 2:15-cv-07603-JXN-CLW

**From:** Neil Cartusciello ncartusciello@cklawllc.com
**Subject:** Re: Michaels v. Rutgers
**Date:** January 31, 2025 at 8:23 PM
**To:** Aversa, Robyn L. (Berkeley Heights) Robyn.Aversa@jacksonlewis.com
**Cc:** Bennett, John K. (Berkeley Heights) John.Bennett@jacksonlewis.com, Posluszny, Linda J. (Berkeley Heights) Linda.Posluszny@jacksonlewis.com, Cesario, Millie (Berkeley Heights) Millie.Cesario@jacksonlewis.com

Hi, Robyn,

Sorry for the delay in getting back to you.

Attached are Plaintiff's proposed Sections 5 and 6.

I am also attaching a file that shows a comparison between Rutgers' version of Section 5 and Plaintiff's proposed version.

Please let me know if you need me to clarify anything or have any other questions.

Please also let me know when you think you would be available to discuss these.

Thank you.

- Neil

On Jan 22, 2025, at 1:33 PM, Aversa, Robyn L. (Berkeley Heights) <Robyn.Aversa@jacksonlewis.com> wrote:

Hi Neil, yes, we are available. Defendants' position is set forth in Exhibit 5. Please let us know what changes you propose that Rutgers may agree with. We can then set up a date and time to discuss.

Robyn

**Robyn L. Aversa**
Attorney at Law

**Jackson Lewis P.C.**
200 Connell Drive
Suite 2000
Berkeley Heights, NJ 07922
Direct: 908-795-5128 | Main: (908) 795-5200
Robyn.Aversa@jacksonlewis.com | www.jacksonlewis.com

**From:** Neil Cartusciello <ncartusciello@cklawllc.com>
**Sent:** Tuesday, January 21, 2025 8:09 PM
**To:** Bennett, John K. (Berkeley Heights) <John.Bennett@jacksonlewis.com>; Aversa, Robyn L. (Berkeley Heights) <Robyn.Aversa@jacksonlewis.com>
**Cc:** Posluszny, Linda J. (Berkeley Heights) <Linda.Posluszny@jacksonlewis.com>
**Subject:** Michaels v. Rutgers

Dear John and Robyn,

Please let me know whether you are available for a meet and confer consistent with Judge Neals' December 26, 2024 Order and Opinion.   If so, please also let me know some dates and times that would be convenient for you.

Thank you.

Sincerely,

Neil Cartusciello

Neil Cartusciello
Cartusciello & Kozachek LLC
101 Farnsworth Avenue
Bordentown, NJ  08505
(609) 324-8200
Fax (609) 324-8201
Mobile (973) 543-8204

NOTICE: This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling the sender, so that our address record can be corrected.

Any federal tax advice provided in this communication is not intended or written by the author to be used, and cannot be used by the recipient, for the purpose of avoiding penalties which may be imposed on the recipient by the IRS. Please contact the author if you would like to receive written advice in a format which complies with IRS rules and may be relied upon to avoid penalties.

Neil Cartusciello
Cartusciello & Kozachek LLC
101 Farnsworth Avenue
Bordentown, NJ  08505
(609) 324-8200
Fax (609) 324-8201
Mobile (973) 543-8204

NOTICE: This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling the sender, so that our address record can be corrected.

Any federal tax advice provided in this communication is not intended or written by the author to be used, and cannot be used by the recipient, for the purpose of avoiding penalties which may be imposed on the recipient by the IRS. Please contact the author if you would like to receive written advice in a format which complies with IRS rules and may be relied upon to avoid penalties.

**2025 01 31 - Plaintiffs Proposed Section 5…**
102 KB


**Comparison of Rutgers and Plaintiff…**


**2025 01 31 - Plaintiffs Proposed Section 6…**