# Exhibit 1

to February 28, 2025 Letter to the Honorable Julien X. Neals, U.S.D.J.
*Jennifer Michaels, M.D. v. Rutgers, the State University of New Jersey, et al.*
Civil Action No.: 2:15-cv-07603-JXN-CLW

**From:** Neil Cartusciello ncartusciello@cklawllc.com
**Subject:** Meet and Confer
**Date:** February 7, 2025 at 5:15 PM
**To:** Bennett, John K. (Berkeley Heights) john.bennett@jacksonlewis.com, Aversa, Robyn L. (Berkeley Heights) robyn.aversa@jacksonlewis.com, Posluszny, Linda J. (Berkeley Heights) Linda.Posluszny@jacksonlewis.com



Hi, John, Robyn and Linda,

In light of Judge Neals' text order today, please let me know some dates and times when you are available to meet and confer concerning the Confidentiality and No Rehire provisions.

Thank you and have a nice weekend.

- Neil

Neil Cartusciello
Cartusciello & Kozachek LLC
101 Farnsworth Avenue
Bordentown, NJ 08505
(609) 324-8200
Fax (609) 324-8201
Mobile (973) 543-8204

NOTICE: This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling the sender, so that our address record can be corrected.

Any federal tax advice provided in this communication is not intended or written by the author to be used, and cannot be used by the recipient, for the purpose of avoiding penalties which may be imposed on the recipient by the IRS. Please contact the author if you would like to receive written advice in a format which complies with IRS rules and may be relied upon to avoid penalties.