**CARTUSCIELLO & KOZACHEK, LLC**
101 Farnsworth Avenue, Bordentown, NJ 08505
Phone: 609-324-8200; Fax: 609-324-8201

March 3, 2025

**VIA ECF**

The Honorable Julien X. Neals, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King, Jr. Fed'l Bldg & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:  Jennifer Michaels, M.D. v. Rutgers, the State University of New Jersey, *et al.*
            Civil Action No.: 2:15-cv-07603-JXN-CLW

Dear Judge Neals:

      I write as counsel for Dr. Jennifer Michaels in the above-captioned matter in response to the Court's text order entered today, March 3, 2025 (ECF Entry 272) to confirm that I will attend the in-person conference scheduled by the Court for Monday, March 17, 2025, at 11:00 a.m.

                        Respectfully submitted,

                        s/ Neil Cartusciello
                        Neil Cartusciello

cc via ECF:
John Bennett, Esq.
Robyn Aversa, Esq.
Linda Posluszny, Esq.