# JacksonLewis

**Jackson Lewis P.C.**
200 Connell Drive, Suite 2000
Berkeley Heights NJ  07922
(908) 795-5200 Direct
(908) 464-2614 Fax
jacksonlewis.com
Jason C. Gavejian – Managing Principal

ROBYN L. AVERSA
Direct Dial: (908) 795-5128
Email: Robyn.Aversa@jacksonlewis.com

March 3, 2025

**VIA ECF**
The Honorable Julien Xavier Neals, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King, Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

        Re:    Jennifer Michaels v. Rutgers University, et al.
              Civil Action No.: 2:15-cv-07603 (JXN/CLW)

Dear Judge Neals:

      This firm represents Defendants Rutgers, the State University and Barry Levin, MD in the above matter.  I am writing pursuant to the Court's text order entered today, March, 3, 2025 to confirm that I will attend the in-person conference scheduled by the Court for Monday, March 17, 2025 at 11:00 a.m.

              Respectfully submitted,

              JACKSON LEWIS P.C.

              *s/ Robyn L. Aversa*

              Robyn L. Aversa

RLA/mc

4906-4592-0291, v. 1