UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:    JULIEN XAVIER NEALS, USDJ          Date: 3/17/2025
Court Reporter:   MELISSA MORMILE            Civil No: 2:15-cv-7603

Title of the Case:

JENNIFER MICHAELS, M.D.,
v.
RUTGERS UNIVERSITY NEW JERSEY MEDICAL SCHOOL, et al

Appearances:

Neil S. Cartusciello, Counsel for Plaintiff Jennifer Michaels, M.D.
Robyn Lynn Aversa, Counsel for Defendants Rutgers University New Jersey Medical School and Barry Levin, M.D.

**Nature of Proceedings**:

Status Conference Held

Kimberly Darling, Courtroom Deputy
to the Honorable Julien Xavier Neals, USDJ

Time Commenced:   11:15 am
Time Concluded:   11:35 pm
Total Time:       20 minutes